**WEINBERG, ROGER & ROSENFELD**
**A Professional Corporation**
David A. Rosenfeld, Esq. (SBN 058163)
	Email: drosenfeld@unioncounsel.net
Roberta D. Perkins, Esq. (SBN 153074)
	Email: rperkins@unioncounsel.net
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Tel: (510) 337-1001
Fax: (510) 337-1023

**LOCKER FOLBERG LLP**
Miles E. Locker, Esq. (SBN 103510)
	Email: mlocker@lockerfolberg.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Tel: (415) 962-1626
Fax (415) 962-1628

Attorneys for Plaintiffs

**MCGUIREWOODS LLP**
Matthew C. Kane, Esq.   (SBN 171829)
	Email: mkane@mcguirewoods.com
Michael D. Mandel, Esq. (SBN 216934)
	Email: mmandel@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
	Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 315-8200
Facsimile:   (310) 315-8210

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DE WITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:11-cv-04749-CW<br><br>**JOINT STIPULATION TO STAY ACTION PENDING PURSUIT OF INFORMAL RESOLUTION**<br><br>[~~PROPOSED~~] **ORDER**<br>*[Filed Under Separate Cover]* |

35145984.1

1

**JOINT STIPULATION TO STAY ACTION PENDING PURSUIT OF INFORMAL RESOLUTION**

## RECITALS

WHEREAS, Plaintiffs GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DE WITT, HECTOR RODRIGUEZ and DENISE ROMAN (collectively, "Plaintiffs") filed a Complaint on August 19, 2011 in the Los Angeles County Superior Court (the "State Court"), Case No. RG11591396 therein (the "State Court Action") against Defendant AT&T MOBILITY, LLC (erroneously sued herein as AT&T MOBILITY, LCC) ("Defendant"); and

WHEREAS, Plaintiffs personally served Defendant with a Summons and Complaint in the State Court Action on August 25, 2011; and

WHEREAS, Defendant removed the State Court Action to this Court on September 23, 2011; and

WHEREAS, Defendant intends to file a motion pursuant to Fed. R. Civ. P. 12 challenging the sufficiency of the claims alleged in Plaintiffs' operative pleading; and

WHEREAS, the parties and their respective collective bargaining representatives have been engaged in and are continuing to engage in discussions, which will last into early January 2012, that could lead to the resolution of this action without further court action;

WHEREAS, the parties believe that Defendant's filing of a motion to dismiss could derail the aforementioned discussions; and

35145984.1

2

**JOINT STIPULATION TO STAY ACTION PENDING PURSUIT OF INFORMAL RESOLUTION**

WHEREAS the parties have previously stipulated pursuant to Local Rule 6-1 to extensions of time for Defendant to serve and file any motions or other pleadings responsive to Plaintiffs' Complaint, which is currently due on November 28, 2011; and

WHEREAS, rather than continuing to enter into further stipulations to extend Defendant's responsive pleading deadline while discussions about resolution of this action continue into early January 2012, the parties believe that the interests of justice will be best served by staying this action through and including January 13, 2012.

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant through their respective undersigned counsel that:

1. The Court enter an order staying this action until January 16, 2012; and

2. Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' Complaint in this action shall be and hereby is extended to 14 court days after the above-described stay is lifted; and

///
///
///
///
///

3. By entering into this Stipulation, Defendant does not waive and expressly reserves all defenses and challenges to Plaintiffs' action.

DATED: November 21, 2011   **WEINBERG, ROGER & ROSENFELD LOCKER FOLBERG LLP**

By:   /s/ David A. Rosenfeld (with permission)
David A. Rosenfeld, Esq.
Roberta D. Perkins, Esq.
Miles E. Locker, Esq.

Attorneys for Plaintiffs

DATED: November 28, 2011   **MCGUIREWOODS LLP**

By:   /s/ Michael D. Mandel
Matthew C. Kane, Esq.
Michael D. Mandel, Esq.
Sylvia J. Kim, Esq.

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DE WITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-04749-CW<br><br>[~~PROPOSED~~] ORDER STAYING ACTION UNTIL JANUARY 16, 2012 FOR PURSUIT OF INFORMAL RESOLUTION |

Plaintiffs George Gallardo, Carlos Barragan, Kyle Binns, Carlos Cruz, Jennifer De Witt, Hector Rodriguez, and Denise Roman and Defendant AT&T Mobility, LLC have presented to the Court a stipulation (Dkt. Entry 11) to stay this action until January 16, 2012 so that the parties may pursue an informal resolution of this action.

Good cause appearing therefore, the Court hereby adopts the parties' stipulation and orders as follows:

1.   This action is stayed until January 16, 2012; and

1 | 2. Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' Complaint in this action shall be and hereby is extended to 14 court days after the above-described stay is lifted; and

3. By entering into this Stipulation, Defendant does not waive and expressly reserves all defenses and challenges to Plaintiffs' action.

**IT IS SO ORDERED.**

DATED:_____12/2/2011_____        _____
                                     HON. CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE