UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DE WITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:11-cv-04749-CW<br><br>**ORDER FURTHER STAYING ACTION UNTIL MAY 4, 2012 FOR PURSUIT OF INFORMAL RESOLUTION** |

35145984.1

[PROPOSED] ORDER FURTHER STAYING ACTION UNTIL MAY 4. 2012

Plaintiffs George Gallardo, Carlos Barragan, Kyle Binns, Carlos Cruz, Jennifer De Witt, Hector Rodriguez, and Denise Roman and Defendant AT&T Mobility, LLC have presented to the Court a stipulation to stay this action until May 4, 2012 so that the parties may continue to pursue an informal resolution of this action.

Good cause appearing therefore, the Court hereby approves and adopts the parties' stipulation and orders as follows:

1. This action shall be and hereby is stayed until May 4, 2012; and

2. Defendant's time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' Complaint in this action shall be and hereby is extended to 14 court days after the above-described stay is lifted; and

3. The initial case management conference currently scheduled for March 7, 2012 at 2:00 p.m. shall be and hereby is vacated and rescheduled to June 12, 2012.

4. By entering into this Stipulation, Defendant does not waive and expressly reserves all defenses and challenges to Plaintiffs' action.

**IT IS SO ORDERED.  An Initial Case Management Conference will be held on Wednesday, June 13, 2012, at 2:00 p.m.**

DATED: 2/29/2012

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

35145984.1

1

[PROPOSED] ORDER FURTHER STAYING ACTION UNTIL MAY 4. 2012