UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DE WITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:11-cv-04749-CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs George Gallardo, Carlos Barragan, Kyle Binns, Carlos Cruz, Jennifer De Witt, Hector Rodriguez, and Denise Roman and Defendant AT&T Mobility, LLC have presented to the Court a stipulation to continue the case Management Conference currently scheduled for April 17, 2013 so that the parties may attempt to finalize a settlement.

Good cause appearing therefore, the Court hereby approves and adopts the parties' stipulation and orders that the Case Management Conference currently scheduled for Wednesday, April 17, 2013 at 2:00 p.m. shall be and hereby is vacated and rescheduled to Wednesday, June **26**, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: 4/10/2013

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

35145984.1

1

[PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**