1  DAVID A. ROSENFELD, Bar No. 058163
   ROBERTA D. PERKINS, Bar No. 153074
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
4  Telephone  (510) 337-1001
   Fax  (510) 337-1023
5  E-Mail:  drosenfeld@unioncounsel.net
            rperkins@unioncounsel.net
6
   LOCKER FOLBERG LLP
7  Miles E. Locker, Bar No. 103510
   235 Montgomery Street, Suite 835
8  San Francisco, CA  94104
   Telephone:  415.962.1626
9  Fax:  415.962.1628
   E-Mail:     mlocker@lcokerfolberg.com
10 Attorneys for Plaintiffs

11 McGUIRE WOODS LLP
   Matthew C. Kane, Bar No. 171829
12 Michael D. Mandel, Bar No. 216934
13 Sylvia J. Kim, Bar No. 258363
   1800 Century Park East, 8th Floor
14 Los Angeles, CA  90067
   Telephone:  310.315.8200
15 Fax:  310.315.8210
16 E-Mail:     mkane@mcguirewoods.com
               mmandel@mcguirewoods.com
17             skim@mcguirewoods.com
   Attorneys for Defendant
18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

22 GEORGE GALLARDO, et al, individually and         No. 4:11-cv-04749 CW
   on behalf of all others similarly situated,
23                                                   **ORDER**
                      Plaintiffs,                    **VACATING CASE MANAGEMENT**
24                                                   **CONFERENCE AND SETTING**
         v.                                          **HEARING DATE ON MOTION FOR**
25                                                   **PRELIMINARY APPROVAL**
   AT&T MOBILITY, LLC, a limited liability
26 corporation; and DOES 1 through 50, inclusive,

27                    Defendant.                     Date:  December 4, 2013
                                                     Time:  2:00 p.m.
28

---

1

[Proposed] Order Vacating Case Management Conference And Setting Hearing Date On Motion For Preliminary Approval
Case No.  4:11-cv-04749 CW

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Pursuant to notice from the parties that this matter has been settled, the Case Management Conference currently set for 2:00 p.m. on December 4, 2013 is hereby vacated.

Plaintiffs shall file their motion for preliminary approval on or before December 30, 2013.

The motion for preliminary approval shall be heard at **2:00** p.m. on March **20**, 2014 in Courtroom 2.

IT IS SO ORDERED

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
[Proposed] Order Vacating Case Management Conference And Setting Hearing Date On Motion For Preliminary Approval
Case No. 4:11-cv-04749 CW