DAVID A. ROSENFELD, Bar No. 058163
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: drosenfeld@unioncounsel.net
         rperkins@unioncounsel.net

LOCKER FOLBERG LLP
Miles E. Locker, Bar No. 103510
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: 415.962.1626
Fax: 415.962.1628
E-Mail: mlocker@lockerfolberg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DE WITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated,<br><br>v.<br><br>AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive, | No. 4:11-cv-04749 CW<br><br>**ADDENDUM TO AMENDED DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS; (2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (3) DIRECTING DISTRIBUTION OF CLASS NOTICE; & (4) SETTING FINAL APPROVAL HEARING**<br><br>Date:  March 20, 2014<br>Time:  2:00 p.m.<br>Dept.:  2<br>Judge:  Hon. Claudia Wilken |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

ADDENDUM TO AMENDED DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS
Case No. 4:11-CV-04749 CW

1  I, David A. Rosenfeld, declare:

2  1. I am an attorney admitted to practice before the United States District Court for the
3  Northern District of California. I am a shareholder in Weinberg, Roger & Rosenfeld, attorneys of
4  record for the Plaintiffs. The matters stated in this declaration are of my personal knowledge, and
5  if called, I could and would so testify.

6  2. Exhibit 1 to my amended declaration, ECF 54, is Joint Stipulation for Class Action
7  Settlement entered into between the parties. Exhibit 1 contains signature pages for all of the
8  named Plaintiffs/Class Representatives except Denise Roman. Ms. Roman's signature page was
9  received in our office on Monday, February 24, 2014, and is attached hereto.

10  I declare under penalty of perjury under the laws of the United States that the foregoing is
11  true and correct. Executed this 25th day of February 2014 at Alameda, California.

12  Dated: February 25, 2014

/S/ *DAVID A. ROSENFELD*
DAVID A. ROSENFELD

DOCSNT\754135.v1

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

ADDENDUM TO AMENDED DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS
Case No. 4:11-cv-04749 CW