1  **WEINBERG, ROGER & ROSENFELD**
   **A Professional Corporation**
2  David A. Rosenfeld, Esq. (SBN 058163)
        Email: drosenfeld@unioncounsel.net
3  Roberta D. Perkins, Esq. (SBN 153074)
        Email: rperkins@unioncounsel.net
4  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
5  Alameda, California 94501-1091
   Tel: (510) 337-1001
6  Fax: (510) 337-1023

7  **LOCKER FOLBERG LLP**
   Miles E. Locker, Esq. (SBN 103510)
8        Email: mlocker@lockerfolberg.com
   235 Montgomery Street, Suite 835
9  San Francisco, CA 94104
   Tel: (415) 962-1626
10 Fax (415) 962-1628

11 Attorneys for Plaintiffs

12 **McGuireWoods LLP**
   Matthew C. Kane, Esq.   (SBN 171829)
13       Email: mkane@mcguirewoods.com
   Michael D. Mandel, Esq. (SBN 216934)
14       Email: mmandel@mcguirewoods.com
   Sylvia J. Kim, Esq. (SBN 258363)
15       Email: skim@mcguirewoods.com
   1800 Century Park East, 8th Floor
16 Los Angeles, California 90067
   Telephone:   (310) 315-8200
17 Facsimile:   (310) 315-8210

18 Attorneys for Defendant

19                 **UNITED STATES DISTRICT COURT**

20               **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DE WITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated, | CASE NO. 4:11-cv-04749-CW |
| 22 | **JOINT STIPULATION TO EXTEND DEADLINE TO MAIL NOTICE OF CLASS SETTLEMENT AND TO CONTINUE FINAL APPROVAL HEARING** |
| 23 | |
| 24                 Plaintiffs, | |
| 25           vs. | **[PROPOSED] ORDER** |
|  | *[Filed Under Separate Cover]* |
| 26  AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive, | |
| 27 | |
| 28                 Defendants. | |

37475793.1

## **RECITALS**

WHEREAS, on April 29, 2014, this Court entered an order granting preliminary approval of a class-action settlement that would resolve this entire action (Dkt. 61) (the "Preliminary Approval Order");

WHEREAS, the Preliminary Approval Order set forth a schedule by which AT&T had to provide the settlement claims administrator with a class list (including last known contact information and data from which the claims administrator could determine the number of relevant workweeks during the class period for each class member to calculate their share of the settlement) within 30 days after entry of the Preliminary Approval Order;

WHEREAS, the Preliminary Approval Order directed that the settlement claims administrator mail the Notice of Class Settlement and Request for Exclusion Form to each putative class member within 20 days after receiving the class list from AT&T;

WHEREAS, consistent with the Preliminary Approval Order, on or about May 29, 2014, AT&T provided the settlement claims administrator the class list, making the deadline for the settlement claims administrator to mail the Notice of Class Settlement and request for Exclusion Form to each putative class member June 18, 2014;

WHEREAS, on or about June 3, 2014, AT&T discovered that there were errors in the class list that it provided to the settlement claims administrator and AT&T immediately began regenerating the class list;

WHEREAS, on or about June 13, 2014, AT&T provided the settlement claims administrator a new class list;

WHEREAS, on or about June 16, 2014, after reviewing the updated class list AT&T provided, the settlement claims administrator advised that it would not be able to mail the Notice of Class Settlement and Request for Exclusion Form to each putative class member until July 2, 2014, which is two weeks beyond the current deadline to mail out the class notice;

WHEREAS, the Preliminary Approval Order also set a hearing date for final approval of the settlement, September 18, 2014, and set a deadline for filing of a Motion for Final Approval and Application for Award of Attorneys' Fees and Litigation Expenses as 35 days before the final approval hearing, or August 14, 2014;

WHEREAS, if the Notice of Class Settlement and Request for Exclusion Form is only mailed on July 2, 2014, the time period in which putative class members may request exclusion from the class will not expire until August 16, 2014, two days *after* the current deadline for the filing of a Motion for Final Approval and Application for Award of Attorneys' Fees and Litigation Expenses;

## **STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant through their respective undersigned counsel, and respectfully requested of the Court, that:

(1) the Preliminary Approval Order be amended to permit the settlement claims administrator to mail the Notice of Class Settlement and Request for Exclusion Form to each class member no later than July 2, 2014; and

1     (2)  the final approval hearing be continued to October 9, 2014.

2

3     DATED: June 17, 2014          **WEINBERG, ROGER & ROSENFELD**

4                                    **LOCKER FOLBERG LLP**

5

6                                    By:   /s/ Roberta D. Perkins (with permission)
                                          David A. Rosenfeld, Esq.
7                                         Roberta D. Perkins, Esq.
                                          Miles E. Locker, Esq.
8

9                                    Attorneys for Plaintiffs

10    DATED: June 17, 2014          **MᶜGᴜɪʀᴇWᴏᴏᴅs LLP**

11

12                                   By:      /s/ Michael D. Mandel
13                                         Matthew C. Kane, Esq.
                                          Michael D. Mandel, Esq.
14                                         Sylvia J. Kim, Esq.

15                                   Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28