DAVID A. ROSENFELD, Bar No. 058163
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  drosenfeld@unioncounsel.net
           rperkins@unioncounsel.net

LOCKER FOLBERG LLP
MILES E. LOCKER, Bar No. 103510
235 Montgomery Street, Suite 835
San Francisco, CA  94104
Telephone:  (415) 962-1626
Fax:  (415) 962-1628
E-Mail:  mlocker&lockerfolberg.com

Attorneys for Plaintiffs GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DEWITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DEWITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 4:11-cv-04749 CW<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS FEES AND COSTS**<br><br>Date:     October 9, 2014<br>Time:    2:00 p.m.<br>Dept.:    Courtroom 2<br>Judge:   Hon. Claudia Wilken |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 9, 2014, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the above referenced Court, located at 1301 Clay Street, Oakland, California 94612, Plaintiffs George Gallardo, Carlos Barragan, Kyle Binns, Carlos Cruz, Jennifer DeWitt, Hector Rodriguez, and Denise Roman ("Plaintiffs" or "Class Representatives") will and hereby do move for an Order of Final Approval of the Joint Stipulation for Class Action Settlement and Release of Claims, as amended by the parties' Stipulation to Amend the Joint Stipulation for Class Action Settlement and Release of Claims and all exhibits thereto (ECF 60-1) (the "Agreement") entered into by Plaintiffs and Defendant AT&T Mobility, LLC (the "Company" or "AT&T") pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Specifically, Plaintiffs seek an Order:

1. Granting final approval of the terms and conditions contained in the Agreement as it relates to all members of the Class;

2. Finding the Agreement was entered into between the parties in good faith and that the settlement is fair, reasonable and adequate, and in the best interests of the Plaintiffs and Class Members, including that the Settlement Sum of $1,050,000 is fair and reasonable;

3. Finding that an award of attorneys' fees and costs to Class Counsel in the amount of $75,000, to be paid out of the Settlement Sum is reasonable and warranted, and ordering payment of the same;

4. Approving payment not to exceed $50,000, to be paid out of the Settlement Sum, to Gilardi & Co. LLC to cover the costs of administering the Settlement;

5. Finding and determining that 75% of the Settlement Sum, after the deduction of attorneys' fees and costs and the cost of administering the settlement, or $693,750, is fair, reasonable, and in compliance with the provisions of the California Labor Code Private Attorneys General Act, Cal. Labor Code § 2699 ("PAGA"), and ordering payment of the same to the California Labor Workforce Development Agency;

///

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS FEES (Case No. 4:11-cv-04749 CW)

6. Finding and determining that the payments to be made to the Class Members as provided for in the Agreement are fair and reasonable;

7. Giving final approval to and ordering the payment of the amounts calculated by Gilardi & Co. to the individual Class Members in accordance with the terms of the Agreement;

8. Finding the terms of the Agreement, the Final Order and the Final Judgment are binding upon the Company, the Class Representatives, and all other Class Members, as well as their heirs, executors and administrators, successors, and assigns.

This motion is based on this Notice, the supporting Memorandum of Points and Authorities, the Declaration of Derek Smith of Gilardi & Co., the Declaration of Counsel with all supporting exhibits, the entire Court file, and such other oral and documentary evidence as may be presented to the Court at the hearing.

Dated:  September 4, 2014        WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation

                                 LOCKER FOLBERG


                                 /s/ *Roberta D. Perkins*
                            By:  DAVID A. ROSENFELD
                                 ROBERTA D. PERKINS
                                 MILES E. LOCKER

                                 Attorneys for Plaintiffs

129223/778883

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS FEES (Case No. 4:11-cv-04749 CW)