UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GALLARDO, CARLOS BARRAGAN, KYLE BINNS, CARLOS CRUZ, JENNIFER DEWITT, HECTOR RODRIGUEZ, DENISE ROMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LCC, a limited liability corporation; and DOES 1 through 50, inclusive, | Case No.  11-cv-04749-CW<br><br>**JUDGMENT** |

Pursuant to the parties' Joint Stipulation for Class Action Settlement and Release of Claims, as amended by the Stipulation to Amend the Joint Stipulation for Class Action Settlement and Release of Claims, and approved by this Court, final judgment is hereby entered on the Order Granting Final Approval Of Class Action Settlement, and this class action is hereby dismissed with prejudice.  The Court retains jurisdiction for the purposes set forth in the Order Granting Final Approval of Class Action Settlement.

**IT IS SO ORDERED.**

Dated: October 10, 2014

_____
CLAUDIA WILKEN
United States District Judge